*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

Submitted May 20, affirmed August 10, 2022

In the Matter of A. M. T. D.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

A. A. D.,
*Appellant.*

Marion County Circuit Court
21JU01468; A177380 (Control)

In the Matter of C. S. A. D.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

A. A. D.,
*Appellant.*

Marion County Circuit Court
21JU01471; A177382

In the Matter of D. A. J. D.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

A. A. D.,
*Appellant.*

Marion County Circuit Court
21JU01472; A177383

In the Matter of J. P. R. D.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

A. A. D.,
*Appellant.*

Marion County Circuit Court
21JU01474; A177384

Tracy A. Prall, Judge.

Shannon Storey, Chief Defender, Juvenile Appellate Section, and Sarah Peterson, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Colm Moore, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, and Mooney, Judge, and Pagán, Judge.

PAGÁN, J.

Affirmed.

**PAGÁN, J.**

Mother appeals from judgments terminating her parental rights to her four children, J, A, D, and C. The juvenile court concluded that mother was "unfit by reason of conduct or condition seriously detrimental to the child" and that integration of the children into mother's home was improbable within "a reasonable time due to conduct or conditions not likely to change." ORS 419B.504. The court further concluded that termination of parental rights to each of the children was in the best interest of the children. ORS 419B.500.

We have reviewed the record *de novo.* The evidence in the record supports a determination that mother's conduct, which included substance abuse, neglect, and criminal conduct, was seriously detrimental to her children. ORS 419B.504(1). We further conclude, as did the juvenile court, that reintegration to mother's home is improbable within a reasonable time due to conduct or conditions which are not likely to change, and that termination of mother's parental rights is in the best interest of each child.

Affirmed.